**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Denika S. Jennings                               CHAPTER 13
　　　　　　　Debtor(s)

BKY. NO. 24-20002 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　　　Kindly enter my appearance on behalf of The Bank of New York Mellon (successor to Bank of New York, successor to JPMorgan Chase, successor to Bank One, NA), as trustee for the holders of the Mortgage-Backed Pass-Through Certificates, Series 2001-28 and index same on the master mailing list.

　　　　　　　　　　　　　　　　Respectfully submitted,

/s/ 
Denise Carlon
10 Jan 2024, 12:57:28, EST

Brian C. Nicholas, Esq. (317240) ☐
Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com