IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re, ) | | Case No.   24-20002-GLT |
| Denika Jennings ) | | Filed under |
| _____Debtor/movant_____ ) | | 11 USC 362(c)(3) |
| Denika Jennings ) | | Filed under |
| _____Debtor/movant_____ ) | | Hearing 1/24/24 @ 10:00AM |
| v.             . ) | | Chapter 13 |
| BANK OF NEW YORK MELLON | | |
| DEPARTMENT OF LABOR & INDUSTRY | | |
| DUQUESNE LIGHT CO | | |
| PEOPLES NATURAL GAS | | |
| PWSA | | |
| SELECT PORTFOLIO SVCING | | |
| URA OF PITTSBURGH | | |
| WRIGHT HYUNDAI | | |
| _____Creditor/ Respondent_____ | | |
| Ronda Winnecour ) | | |
| _____Trustee/respondent_____ ) | | Response Deadline 1/19/24 |

**CERTIFICATE OF NO OBJECTION**
**ON THE DEBTOR'S MOTION EXTENDING THE AUTOMATIC STAY**
**BEYOND 30 DAYS**

     The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on _1/02/24__ has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than _1/19/24___.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

                                        Respectfully submitted,

                                        Respectfully submitted,
                                        BURDELSKI LAW OFFICES
DATE__1/20/24                           __/s/Russell A. Burdelski, Esquire_____
                                        R. Burdelski, Esquire
                                        1020 Perry Highway
                                        Pittsburgh, PA 15237
                                        (412) 366-1511
                                        PA I.D. # 72688
                                        Russ@BurdelskiLaw.com