IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **DENIKA S. JENNINGS** | : : : : : | Bankruptcy No. **24-20002-GLT** |
| | | Chapter **13** |
| Debtor | : : | |
| | | Related to Document No. |
| **DENIKA S. JENNINGS** | : : | |
| Movant | : : : : | |
| v. | : : | |
| No Respondent | : | |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,  __**Russell A. Burdelski, Esquire**__ , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

BANK OF NEW YORK MELLON
C/O KLM LAW GROUP
701 MARKET STREET
STE 5000
Philadelphia, PA 19106

BANK OF NEW YORK MELLON
240 Greenwich St,
CORPORATE HEADQUARTERS
ATTN: TODD GIBBONS, CEO
New York, NY 10286

DEPARTMENT OF LABOR & INDUSTRY
OFFICE OF UC AFFAIRS
PO BOX 67503
Harrisburg, PA 17106

DUQUESNE LIGHT CO
2515 Peble Ave
Pittsburgh, PA 15233

PEOPLES NATURAL GAS
PO Box 535323
Pittsburgh, PA 15235

**PAWB Local Form 30 (07/13)**

SANTANDER

PO BOX 961245

Fort Worth, TX 76161-1245

SELECT PORTFOLIO SVCING

PO BOX 65250

Salt Lake City, UT 84165

URA OF PITTSBURGH

200 ROSS STREET

Pittsburgh, PA 15219

By: **/s/ Russell A. Burdelski, Esquire**
 Signature
**Russell A. Burdelski, Esquire**
Typed Name
**1020 PERRY HIGHWAY**
**Pittsburgh, PA 15237**
Address
**412-366-1511 Fax:(412) 366-1711**
Phone No.
**72688 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**