| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| CPY | 000120 | 030600 | | 0000280049 2 056 |

# Earnings Statement

**ADP**

ABC TRANSIT INC
714 EKASTOWN RD
SARVER PA 16055-9724

Period Beginning: 06/25/2023
Period Ending: 07/08/2023
Pay Date: 07/14/2023

Taxable Marital Status: Single
Exemptions/Allowances:
　Federal: 2
　PA: 2

DENIKA JENNINGS
1115 SHEFFIELD ST
PITTSBURGH PA 15233

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| NHMB | 18.2100 | 33.00 | 600.93 | 801.24 |
| BONUS | | | | 1,300.00 |
| NHMISC | | | | 63.66 |
| NH10 | | | | 190.05 |
| NH84 | | | | 15,679.41 |
| SSA6PM | | | | 669.00 |
| **Gross Pay** | | | **$600.93** | 18,703.36 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Union Dues | | 80.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER 412-782-4110

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -6.83 | 1,219.68 |
| Social Security Tax | -37.26 | 1,159.61 |
| Medicare Tax | -8.71 | 271.20 |
| PA State Income Tax | -18.45 | 574.19 |
| Pittsburgh C Income Tax | -18.03 | 561.11 |
| Shaler Twp Local Svc Tax | -2.00 | 30.00 |
| PA SUI Tax | -0.42 | 13.09 |

Other
| | | |
|---|---|---|
| Union Dues | | 80.00 |

| **Net Pay** | **$509.23** |
|---|---|
| Checking | -509.23 |
| **Net Check** | **$0.00** |

Your federal taxable wages this period are $600.93

© 2000 ADP, Inc.

---

ABC TRANSIT INC
714 EKASTOWN RD
SARVER PA 16055-9724

Advice number: 00000280049
Pay date: 07/14/2023

**THIS IS NOT A CHECK**

Deposited to the account of
DENIKA JENNINGS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7105 | xxxx xxxx | $509.23 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| CPY | 000120 | 030600 | | 000000300058 | 056 |

**Earnings Statement** — ADP

ABC TRANSIT INC
714 EKASTOWN RD
SARVER PA 16055-9724

Period Beginning: 07/09/2023
Period Ending: 07/22/2023
Pay Date: 07/28/2023

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  PA: 2

DENIKA JENNINGS
1115 SHEFFIELD ST
PITTSBURGH PA 15233

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| CH1 | 15.4500 | 8.00 | 123.60 | 123.60 |
| CH2 | 15.4500 | 5.00 | 77.25 | 77.25 |
| NHMB | 18.2100 | 22.00 | 400.62 | 1,201.86 |
| NHSBCV | 67.9800 | 4.50 | 305.91 | 305.91 |
| BONUS | | | | 1,300.00 |
| NHMISC | | | | 63.66 |
| NH10 | | | | 190.05 |
| NH84 | | | | 15,679.41 |
| SSA6PM | | | | 669.00 |
| **Gross Pay** | | | **$907.38** | 19,610.74 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Union Dues | | 80.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER 412-782-4110

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -37.47 | | 1,257.15 |
| Social Security Tax | -56.26 | | 1,215.87 |
| Medicare Tax | -13.16 | | 284.36 |
| PA State Income Tax | -27.86 | | 602.05 |
| Pittsburgh C Income Tax | -27.22 | | 588.33 |
| Shaler Twp Local Svc Tax | -2.00 | | 32.00 |
| PA SUI Tax | -0.64 | | 13.73 |
| **Other** | | | |
| Union Dues | | | 80.00 |
| **Net Pay** | | **$742.77** | |
| Checking | -742.77 | | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $907.38

© 2000 ADP, Inc.

ABC TRANSIT INC
714 EKASTOWN RD
SARVER PA 16055-9724

Advice number: 00000300058
Pay date: 07/28/2023

Deposited to the account of
DENIKA JENNINGS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7105 | xxxx xxxx | $742.77 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| CPY | 000120 | 030600 |  | 0000320054 | 1 |

**Earnings Statement** ADP

ABC TRANSIT INC
714 EKASTOWN RD
SARVER PA 16055-9724

Period Beginning: 07/23/2023
Period Ending: 08/05/2023
Pay Date: 08/11/2023

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  PA: 2

DENIKA JENNINGS
1115 SHEFFIELD ST
PITTSBURGH PA 15233

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| NHMB | 18.2100 | 16.50 | 300.47 | 1,502.33 |
| BONUS |  |  |  | 1,300.00 |
| CH1 |  |  |  | 123.60 |
| CH2 |  |  |  | 77.25 |
| NHMISC |  |  |  | 63.66 |
| NHSBCV |  |  |  | 305.91 |
| NH10 |  |  |  | 190.05 |
| NH84 |  |  |  | 15,679.41 |
| SSA6PM |  |  |  | 669.00 |
| **Gross Pay** |  |  | **$300.47** | 19,911.21 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Union Dues |  | 80.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER 412-782-4110

**Deductions**

| Statutory |  |  |
|---|---|---|
| Social Security Tax | -18.63 | 1,234.50 |
| Medicare Tax | -4.35 | 288.71 |
| PA State Income Tax | -9.22 | 611.27 |
| Pittsburgh C Income Tax | -9.01 | 597.34 |
| Shaler Twp Local Svc Tax | -2.00 | 34.00 |
| PA SUI Tax | -0.21 | 13.94 |
| Federal Income Tax |  | 1,257.15 |

| Other |  |  |
|---|---|---|
| Union Dues |  | 80.00 |

**Net Pay** **$257.05**
Checking -257.05
**Net Check** **$0.00**

Your federal taxable wages this period are $300.47

© 2000 ADP, Inc.

ABC TRANSIT INC
714 EKASTOWN RD
SARVER PA 16055-9724

Advice number: 00000320054
Pay date: 08/11/2023

Deposited to the account of
DENIKA JENNINGS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7105 | xxxx xxxx | $257.05 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|
| CPY | 000120 | 030600 | | 00000340054 | 1 |

# Earnings Statement

**ADP**

ABC TRANSIT INC
714 EKASTOWN RD
SARVER PA 16055-9724

Period Beginning: 08/06/2023
Period Ending: 08/19/2023
Pay Date: 08/25/2023

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 2
 PA: 2

DENIKA JENNINGS
1115 SHEFFIELD ST
PITTSBURGH PA 15233

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| CH1 | 20.0000 | 13.50 | 270.00 | 393.60 |
| CH2 | 20.0000 | 6.25 | 125.00 | 202.25 |
| BONUS | | | | 1,300.00 |
| NHMB | | | | 1,502.33 |
| NHMISC | | | | 63.66 |
| NHSBCV | | | | 305.91 |
| NH10 | | | | 190.05 |
| NH84 | | | | 15,679.41 |
| SSA6PM | | | | 669.00 |
| **Gross Pay** | | | **$395.00** | 20,306.21 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Union Dues | | 80.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER 412-782-4110

**Deductions**

Statutory
| | | |
|---|---|---|
| Social Security Tax | -24.49 | 1,258.99 |
| Medicare Tax | -5.73 | 294.44 |
| PA State Income Tax | -12.13 | 623.40 |
| Pittsburg C Income Tax | -11.85 | 609.19 |
| Shaler Twp Local Svc Tax | -2.00 | 36.00 |
| PA SUI Tax | -0.27 | 14.21 |
| Federal Income Tax | | 1,257.15 |

Other
| | | |
|---|---|---|
| Union Dues | | 80.00 |

| **Net Pay** | **$338.53** | |
|---|---|---|
| Checking | -338.53 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $395.00

© 2000 ADP, Inc.

ABC TRANSIT INC
714 EKASTOWN RD
SARVER PA 16055-9724

Advice number: 00000340054
Pay date: 08/25/2023

Deposited to the account of
DENIKA JENNINGS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7105 | xxxx xxxx | $338.53 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| CPY | 000120 | 030600 | | 0000360107 1 |

**Earnings Statement** ADP

ABC TRANSIT INC
714 EKASTOWN RD
SARVER PA 16055-9724

Period Beginning: 08/20/2023
Period Ending: 09/02/2023
Pay Date: 09/08/2023

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 2
 PA: 2

DENIKA JENNINGS
1115 SHEFFIELD ST
PITTSBURGH PA 15233

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| CH1 | 20.0000 | 8.00 | 160.00 | 553.60 |
| NH84 | 22.4800 | 54.20 | 1,218.42 | 16,897.83 |
| BONUS | | | | 1,300.00 |
| CH2 | | | | 202.25 |
| NHMB | | | | 1,502.33 |
| NHMISC | | | | 63.66 |
| NHSBCV | | | | 305.91 |
| NH10 | | | | 190.05 |
| SSA6PM | | | | 669.00 |
| **Gross Pay** | | | **$1,378.42** | 21,684.63 |

Your federal taxable wages this period are $1,378.42

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Union Dues | | 80.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER 412-782-4110

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -93.02 | 1,350.17 |
| | Social Security Tax | -85.46 | 1,344.45 |
| | Medicare Tax | -19.99 | 314.43 |
| | PA State Income Tax | -42.32 | 665.72 |
| | Pittsburgh C Income Tax | -41.35 | 650.54 |
| | Shaler Twp Local Svc Tax | -2.00 | 38.00 |
| | PA SUI Tax | -0.97 | 15.18 |
| Other | | | |
| | Union Dues | | 80.00 |
| **Net Pay** | | **$1,093.31** | |
| Checking | | -1,093.31 | |
| **Net Check** | | **$0.00** | |

© 2000 ADP, Inc.

ABC TRANSIT INC
714 EKASTOWN RD
SARVER PA 16055-9724

Advice number: 00000360107
Pay date: 09/08/2023

Deposited to the account of
DENIKA JENNINGS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7105 | xxxx xxxx | $1,093.31 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| CPY | 000120 | 030600 | | 000059 | |

# Earnings Statement

**ABC TRANSIT INC**
714 EKASTOWN RD
SARVER PA 16055-9724

Period Beginning: 09/03/2023
Period Ending: 09/16/2023
Pay Date: 09/22/2023

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  PA: 2

**DENIKA JENNINGS**
1115 SHEFFIELD ST
PITTSBURGH PA 15233

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| NH84 | 22.4800 | 53.73 | 1,207.85 | 18,105.68 |
| BONUS | | | | 1,300.00 |
| CH1 | | | | 553.60 |
| CH2 | | | | 202.25 |
| NHMB | | | | 1,502.33 |
| NHMISC | | | | 63.66 |
| NHSBCV | | | | 305.91 |
| NH10 | | | | 190.05 |
| SSA6PM | | | | 669.00 |
| **Gross Pay** | | | **$1,207.85** | 22,892.48 |

Your federal taxable wages this period are $1,207.85

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Union Dues | | 176.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER 412-782-4110

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -72.55 | 1,422.72 |
| Social Security Tax | -74.88 | 1,419.33 |
| Medicare Tax | -17.51 | 331.94 |
| PA State Income Tax | -37.08 | 702.80 |
| Pittsburgh C Income Tax | -36.24 | 686.78 |
| Shaler Twp Local Svc Tax | -2.00 | 40.00 |
| PA SUI Tax | -0.84 | 16.02 |

Other
| | | |
|---|---|---|
| Union Dues | -96.00 | 176.00 |

Adjustment
| | | |
|---|---|---|
| PA Turnpike | +50.00 | |

| **Net Pay** | **$920.75** |
|---|---|
| Checking | -920.75 |
| **Net Check** | **$0.00** |

© 2000 ADP, Inc.

ABC TRANSIT INC
714 EKASTOWN RD
SARVER PA 16055-9724

Advice number: 00000380115
Pay date: 09/22/2023

**THIS IS NOT A CHECK**

Deposited to the account of
**DENIKA JENNINGS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7105 | xxxx xxxx | $920.75 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| CPY | 000120 | 030600 | | 000042 0120 056 | |

**Earnings Statement** — ADP

ABC TRANSIT INC
714 EKASTOWN RD
SARVER PA 16055-9724

Period Beginning: 10/01/2023
Period Ending: 10/14/2023
Pay Date: 10/20/2023

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  PA: 2

DENIKA JENNINGS
1115 SHEFFIELD ST
PITTSBURGH PA 15233

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| NH84 | 22.4800 | 59.70 | 1,342.06 | 20,789.80 |
| BONUS | | | | 1,300.00 |
| CH1 | | | | 553.60 |
| CH2 | | | | 202.25 |
| NHFT1 | | | | 143.19 |
| NHMB | | | | 1,502.33 |
| NHMISC | | | | 63.66 |
| NHSBCV | | | | 305.91 |
| NH10 | | | | 190.05 |
| SSA6PM | | | | 669.00 |
| **Gross Pay** | | | **$1,342.06** | 25,719.79 |

Net Check: $0.00

Your federal taxable wages this period are $1,342.06

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Union Dues | | 176.00 |

Important Notes
YOUR COMPANY PHONE NUMBER 412-782-4110

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -88.66 | 1,617.22 |
| Social Security Tax | -83.21 | 1,594.63 |
| Medicare Tax | -19.46 | 372.94 |
| PA State Income Tax | -41.20 | 789.60 |
| Pittsburgh C Income Tax | -40.26 | 771.60 |
| Shaler Twp Local Svc Tax | -2.00 | 44.00 |
| PA SUI Tax | -0.94 | 18.00 |

Other
| | | |
|---|---|---|
| Union Dues | | 176.00 |

Adjustment
| | | |
|---|---|---|
| PA Turnpike | +50.00 | |

**Net Pay**     **$1,116.33**
Checking    -1,116.33

© 2000 ADP, Inc.

ABC TRANSIT INC
714 EKASTOWN RD
SARVER PA 16055-9724

Advice number: 00000420120
Pay date: 10/20/2023

Deposited to the account of
DENIKA JENNINGS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7105 | xxxx xxxx | $1,116.33 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. | |
|---|---|---|---|---|---|
| CPY | 000120 | 030600 | | 0000440116 | 1 |

ABC TRANSIT INC
714 EKASTOWN RD
SARVER PA 16055-9724

## Earnings Statement 

Period Beginning:   10/15/2023
Period Ending:      10/28/2023
Pay Date:           11/03/2023

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:  2
  PA:       2

DENIKA JENNINGS
1115 SHEFFIELD ST
PITTSBURGH PA 15233

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| NHMID1 | 15.9100 | 1.00 | 15.91 | 15.91 |
| NHMISC | | | 26.58 | 90.24 |
| NH84 | 22.4800 | 60.70 | 1,364.54 | 22,154.34 |
| BONUS | | | | 1,300.00 |
| CH1 | | | | 553.60 |
| CH2 | | | | 202.25 |
| NHFT1 | | | | 143.19 |
| NHMB | | | | 1,502.33 |
| NHSBCV | | | | 305.91 |
| NH10 | | | | 190.05 |
| SSA6PM | | | | 669.00 |
| **Gross Pay** | | | **$1,407.03** | 27,126.82 |

Your federal taxable wages this period are $1,407.03

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Union Dues | | 216.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER 412-782-4110

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -96.45 | 1,713.67 |
| Social Security Tax | -87.23 | 1,681.86 |
| Medicare Tax | -20.40 | 393.34 |
| PA State Income Tax | -43.20 | 832.80 |
| Pittsburgh C Income Tax | -42.21 | 813.81 |
| Shaler Twp Local Svc Tax | -2.00 | 46.00 |
| PA SUI Tax | -0.99 | 18.99 |

Other
| | | |
|---|---|---|
| Union Dues | -40.00 | 216.00 |

**Net Pay**        $1,074.55
Checking          -1,074.55
**Net Check**          $0.00

© 2000 ADP, Inc.

ABC TRANSIT INC
714 EKASTOWN RD
SARVER PA 16055-9724

Advice number:  00000440116
Pay date:       11/03/2023

Deposited to the account of
DENIKA JENNINGS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7105 | xxxx xxxx | $1,074.55 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**