**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/10/24 2:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| In re: | : | Case No.: | 24-20002-GLT |
|---|---|---|---|
|  | : | Chapter: | 13 |
| Denika S. Jennings | : |  |  |
|  | : |  |  |
|  | : | Date: | 10/9/2024 |
| *Debtor(s)*. | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER:**   #43 - Motion for Relief from Stay filed by Bank of NY Mellon
#46 - Response to Motion for Reflief From Stay by Debtor

**APPEARANCES**:
Debtor:   Russell A. Burdelski
Trustee:   Owen Katz
BNY:   Brent Lemon

[1:59]
**NOTES:**
Lemon: Seeking a continuance of 45 days to give the client a chance to right the ship.

**OUTCOME:**
1. The hearing on the *Motion for Relief From Stay* [ Dkt. No 43] is **CONTINUED** to December 11, 2024, at 9 a.m. [Text order]

**DATED:** 10/9/2024