Case 24-20002-GLT    Doc 63    Filed 12/11/24    Entered 12/11/24 12:53:47    Desc Main
Document    Page 1 of 1
12/11/24 11:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 24-20002-GLT |
| | : | Chapter: | 13 |
| Denika S. Jennings | : | | |
| | : | | |
| | : | Date: | 12/11/2024 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:**   #43 - Continued Motion for Relief from Stay Filed by Bank of NY Mellon
    #46 - Response to Motion by Debtor

***APPEARANCES***:
    Debtor:    Russell A. Burdelski
    BNY:    Brent Mellon

[9:09]
***NOTES:***

Lemon:   The Debtor has not been paying. He has made one payment in September and nothing since.

Burdelski:  I have no defense to Mr. Lemon's motion, but the trustee has a certificate of default that is filed as well.  I have tried to find out why there is a lack of payments and have received no response.

Court: There is a lack of adequate protection and that justifies relief for BNY Mellon.

***OUTCOME:***

1.  For the reasons stated on the record,  the *Motion for Relief from the Automatic Stay* [Dkt. No. 43] is **GRANTED**.  [DB to issue proposed order at Dkt. No. 43].

**DATED:**  12/11/2024