**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Denika Jennings | ) | Chapter 13 |
| Debtor(s) | ) | Case Number 24-20002-GLT |
| Bank of New York Mellon | ) | |
| Creditor | ) | |
| Denika Jennings, | ) | |
| Debtor(s) | ) | |

**CERTIFICATE OF SERVICE OF ORDER SCHEDULING HEARING ON MOTION TO
RECONSIDER ORDER GRANTING MOTION FOR RELIEF FROM STAY**

I certify under penalty of perjury that I have served a copy of the Debtors Order Scheduling Hearing on Motion to Reconsider Order Granting Motion for Relief from Stay filed with this proceeding on December 26, 2024,

The type of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **FIRST CLASS US MAIL**

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail."

Service on the Trustee, Ronda Winnecour, and respondent(s) at (list the names and addresses here):

Bank of New York Mellon
c/o Brett Lemon, Esq
KML Law Group, LLC
701 Market St, Ste 5000
Philadelphia, PA 19106

Executed on December 26, 2024

___/s/Russell A. Burdelski, Esquire_
R. Burdelski, Esquire
Burdelski Law Offices
1020 Perry Highway-
Pittsburgh, PA 15237
(412) 366 - 1511
Russ@BurdelskiLaw.com
PA I.D. # 72688

_____December 26, 2024_____DATE