FILED
2/27/25 11:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Denika S. Jennings<br>    Debtor(s) | CHAPTER 13 |
| The Bank of New York Mellon (successor to Bank of New York, successor to JPMorgan Chase, successor to Bank One, NA), as trustee for the holders of the Mortgage-Backed Pass-Through Certificates, Series 2001-28<br>    Moving Party<br>vs.<br>Denika S. Jennings<br>    Debtor(s) | NO. 24-20002 GLT<br><br>11 U.S.C. Section 362 |
| Ronda J. Winnecour<br>    Trustee | Related to Docket No. 66 & 74 |

### CONSENT ORDER

  AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

  1. On August 26, 2024, The Bank of New York Mellon (successor to Bank of New York, successor to JPMorgan Chase, successor to Bank One, NA), as trustee for the holders of the Mortgage-Backed Pass-Through Certificates, Series 2001-28 ("Secured Creditor") filed a Motion for Relief (Docket #43) due to a Chapter 13 Plan default of the Debtor.

  2. On December 11, 2024, this Court entered an Order granting the Motion for Relief (Docket #64) as to the property located at 1115 Sheffield Street, Pittsburgh, PA 15233 ("Property").

  3. On December 19, 2024, Debtor filed a Motion for Reconsideration of the Order Regarding the Motion for Relief from the Automatic Stay (Docket #66).

  4. Secured Creditor and Debtor desire to resolve Debtor's Motion for Reconsideration in accordance with the terms as set forth below and agree that the entry of this Consent Order shall vacate the Order granting the Motion for Relief at Docket #64.

  5. Beginning with the payment due **February 2025** and continuing thereafter, Debtor shall pay to the Chapter 13 Trustee the present regular monthly Plan payment of **$2,071.00** (or as adjusted pursuant to the terms of the Chapter 13 Plan) and remain current on the Chapter 13 Plan.

  6. In the event the payments under Section 5 above are not tendered pursuant to the terms of this Consent Order, Movant shall notify Debtor and Debtor's attorney of the default in writing and the

Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

    7.    If the case is converted to Chapter 7, Movant shall file a Certification of Default with the court and the court shall enter an Order granting Movant relief from the automatic stay.

    8.    If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

    9.    The provisions of this Consent Order do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this Consent Order, including fees and costs, due under the terms of the mortgage and applicable law.

    10.    The undersigned seek court approval of this Consent Order.

    11.    The parties agree that a facsimile signature shall be considered an original signature.

Date:    February 24, 2025            /s/ Brent J. Lemon
                                                        Brent J. Lemon, Esquire
                                                        Attorney for Movant


Date:    February 25, 2025            /s/ Russell A. Burdelski
                                                        Russell A. Burdelski, Esq.
                                                        Attorney for Debtor(s)


SO ORDERED
February 27, 2025

*[signature]* drb

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20002-GLT |
| Denika S. Jennings | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 27, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**

**Recip ID         Recipient Name and Address**
db          + Denika S. Jennings, 1115 Sheffield St., Pittsburgh, PA 15233-1515

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2025           Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2025 at the address(es) listed below:**

**Name          Email Address**

Brent J. Lemon
          on behalf of Creditor The Bank of New York Mellon (successor to Bank of New York  successor to JPMorgan Chase, successor to Bank One, NA), as trustee for the holders of the Mortgage-Backed Pass-Through Certificates, Series blemon@kmllawgroup.com, lemondropper75@hotmail.com

Denise Carlon
          on behalf of Creditor The Bank of New York Mellon (successor to Bank of New York  successor to JPMorgan Chase, successor to Bank One, NA), as trustee for the holders of the Mortgage-Backed Pass-Through Certificates, Series dcarlon@kmllawgroup.com

Jeffrey Hunt
          on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Joseph James Perotti, Jr
          on behalf of Creditor Pittsburgh Water and Sewer Authority rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com

Keri P. Ebeck
          on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com

District/off: 0315-2  User: auto  Page 2 of 2
Date Rcvd: Feb 27, 2025  Form ID: pdf900  Total Noticed: 1

btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Russell A. Burdelski
    on behalf of Debtor Denika S. Jennings Russ@BurdelskiLaw.com russ.burdelski@gmail.com

TOTAL: 8