**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DENIKA S. JENNINGS

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:24-20002 GLT

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/01/2024 and confirmed on 03/05/2024 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 31,106.76 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 31,106.76 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,809.86 | |
| Trustee Fee | 1,833.41 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,643.27 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Secured | | | | | |
| | BANK OF NEW YORK MELLON - TRUSTEE<br>Acct: 3962 | 0.00 | 15,823.79 | 0.00 | 15,823.79 |
| | URA OF PITTSBURGH++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | BANK OF NEW YORK MELLON - TRUSTEE<br>Acct: 3962 | 36,278.65 | 0.00 | 0.00 | 0.00 |
| | BANK OF NEW YORK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PITTSBURGH WATER & SEWER AUTHORI<br>Acct: R203 | 5,778.89 | 0.00 | 0.00 | 0.00 |
| | PITTSBURGH WATER & SEWER AUTHORI<br>Acct: R203 | 357.18 | 0.00 | 0.00 | 0.00 |
| | SANTANDER CONSUMER USA INC<br>Acct: 2804 | 17,638.84 | 5,656.77 | 3,982.93 | 9,639.70 |
| | | | | | 25,463.49 |
| Priority | | | | | |
| | RUSSELL A BURDELSKI ESQ*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Priority | | | | | |
| | DENIKA S. JENNINGS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | LAW OFFICES OF RUSSELL A BURDELSKI<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | LAW OFFICES OF RUSSELL A BURDELSKI<br>Acct: | 4,000.00 | 3,809.86 | 0.00 | 0.00 |
| | RUSSELL A BURDELSKI ESQ*<br>Acct: | 4,900.00 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | | |
| Unsecured | | | | | |
| | PA DEPARTMENT OF LABOR & INDUSTRY<br>Acct: 0166 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DUQUESNE LIGHT COMPANY(*)<br>Acct: 7814 | 2,146.96 | 0.00 | 0.00 | 0.00 |
| | PEOPLES NATURAL GAS CO LLC*<br>Acct: 2374 | 1,675.20 | 0.00 | 0.00 | 0.00 |
| | US DEPARTMENT OF EDUCATION<br>Acct: 6334 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ECMC(*)<br>Acct: 6334 | 45,235.28 | 0.00 | 0.00 | 0.00 |
| | KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | | |

TOTAL PAID TO CREDITORS 25,463.49

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 60,053.56 |
| UNSECURED | 49.057.44 |

Date: 10/13/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com